CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR - 2 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERTO RICIERI RIBEIRO<br>MARK RICHARD SPEARS,<br>TIMOTHY ROSS STEWART,<br>BELCORP OF AMERICA, INC.<br>PLAYERS INTERNATIONAL SERVICES<br>  CORPORATION | Criminal No. <u>1:11CR00035</u> |

## ORDER APPROVING SALE OF CERTAIN VEHICLES

WHEREAS, an agreed Second Amended Protective Order was entered on February 13, 2012, allowing agents of defendant Players International Services Corp. and defendant Ribeiro to sell certain assets of the defendants; and

WHEREAS, vehicles seized from defendants Players and Ribeiro were offered for sale to over 30 interested parties, resulting in the receipt of 13 bids; and

WHEREAS, 48 of the vehicles offered for sale received a bid of 84% of appraised value or higher, and both the United States and defense counsel recommend accepting these bids;

NOW THEREFORE, IT IS THE ORDER of this Court, for good cause shown, that said sale of 48 vehicles is approved. After payment of the commission stated in the Second Amended Protective Order, payment of storage costs and expenses, the remaining proceeds shall be held until further order of the Court.

So ORDERED this 1st DAY OF MARCH, 2012.

_____
UNITED STATES DISTRICT JUDGE