CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR - 7 2012

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| ROBERTO RICIERI RIBEIRO<br>MARK RICHARD SPEARS,<br>TIMOTHY ROSS STEWART,<br>BELCORP OF AMERICA, INC.<br>PLAYERS INTERNATIONAL SERVICES<br> CORPORATION | Criminal No. <u>1:11CR00035</u> |

## AMENDED ORDER APPROVING SALE OF CERTAIN VEHICLES

WHEREAS, an agreed Second Amended Protective Order was entered on February 13, 2012, allowing agents of defendant Players International Services Corp. and defendant Ribeiro to sell certain assets of the defendants; and

WHEREAS, vehicles seized from defendants Players and Ribeiro were offered for sale to over 30 interested parties, resulting in the receipt of 13 bids;

WHEREAS, 48 of the vehicles offered for sale received a bid of 84% of appraised value or higher, which sale the Court approved on March 2, 2012; and

WHEREAS, the most expeditious manner to complete payment of liens and title transfer is to place the funds into the trust account of counsel for Ribeiro and Players until such paperwork is completed:

NOW THEREFORE, IT IS THE ORDER of this Court, for good cause shown, that said sale of 48 vehicles is approved and that the initial receipt of funds may be placed into the trust account of counsel for Ribeiro and Players.  After payment of storage costs and expenses, payment of the commission as stated in the Second Amended Protective Order, and payment of liens, the remaining proceeds shall be transferred to an account under the control of the United

States, to be held pending further order of the Court. The United States shall maintain a complete accounting of all costs and expenses attributable to each vehicle.

So ORDERED this _6th_ DAY OF MARCH, 2012.

                                                                    UNITED STATES DISTRICT JUDGE