IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CASE NO: 1:11-CR-35

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERTO RICIERI RIBEIRO,
PLAYERS INTERNATIONAL SERVICE
CORPORATIONS, and BELCORP OF
AMERICA, INC.,

    Defendants.

### NOTICE OF INTENT TO ENTER A GUILTY PLEA

Comes now the defendants, Roberto Ricieri Ribeiro, Players International Service Corporation, and Belcorp of America, Inc., by counsel, and announces their intention to enter a guilty plea in this cause. It is requested that the Pre-Trial hearing scheduled for March 8, 2012, be cancelled as there are no outstanding pending motions. It is further requested that the guilty plea hearing be scheduled for April 2nd, 2012.

    Respectfully submitted,

    */s/ Arturo V. Hernandez*_____
    **Arturo V. Hernandez**
    **Counsel for Carlos Rodriguez**
    Florida Bar No. 324078
    2937 S.W. 27th Avenue, Suite 101

Miami, Florida 33133
Telephone: (305) 443-7527
Facsimile: (305) 446-6150
Email: avhlaw@bellsouth.net

*/s/ Rhonda A. Anderson*_____
**RHONDA A. ANDERSON, ESQ.**
**Counsel for Carlos Rodriguez**
Fla. Bar No. 708038
2655 LeJeune Road, Suite 540
Coral Gables, Florida 33134
Telephone: (305) 567-3004
Facsimile: (305) 476-9837
E-Mail: randersonlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties, including the following:

**Joseph William Hooge Mott, Esq**
UNITED STATES ATTORNEYS OFFICE - ROANOKE
PO BOX 1709
ROANOKE, VA 24008-1709
540-857-2250
Fax: 540-857-2179
Email: joseph.mott@usdoj.gov

**Sharon Burnham, Esq**
UNITED STATES ATTORNEYS OFFICE
PO BOX 1709
ROANOKE, VA 24008-1709
540-857-2250
Fax: 857-2614
Email: sharon.burnham@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

*/s/ Rhonda A. Anderson*_____
**RHONDA A. ANDERSON, ESQ.**