IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 2 7 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO: 1:11-CR-35 |
| v. | ORDER |
| ROBERTO RICIERI RIBEIRO, PLAYERS INTERNATIONAL SERVICES CORPORATION, and BELCORP OF AMERICA, INC., | By: James P. Jones United States District Judge |
| Defendants. | |

Upon consideration of a motion of continuance by the defendants, the court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendants in a speedy trial. The court makes this finding because a failure to grant such a continuance would deny counsel for the movants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, it is **ORDERED** that the motion of continuance is granted and the Guilty Plea and the Speedy Trial Act time is continued until April 13, 2012.

ENTER: March 27, 2012

/s/ James P. Jones
UNITED STATES DISTRICT JUDGE