IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CRIMINAL MINUTES - GUILTY PLEA HEARING

Case No.: 1:11CR00035-001, 004, 005                              Date: April 13, 2012

**Defendant:** Roberto Ricieri Ribeiro / Custody              **Counsel:** Rhonda A. Anderson / Retained
Belcorp of America, Inc.                                                          Michael A. Bishop / Retained
Players International Service Corporation

PRESENT:   JUDGE:           James P. Jones, USDJ  TIME IN COURT: 9:11 am– 10:08 am
           Deputy Clerk:    Lottie Hammonds
           Court Reporter:  Bridget Dickert
           U. S. Attorney:  Joseph Mott, Sharon Burnham
           USPO:            Jennifer Williams
           Case Agent:      William Duke
           Interpreter:     N/A

**PROCEEDINGS:**

- ☐ Waiver of Indictment filed.
- ☐ Information filed.
- ☒ Plea Agreements filed with court.
- ☐ Defendant advised of right to have U. S. District Judge accept plea. Defendant waives this right, and executes Consent to Allow U. S. Magistrate Judge to accept plea
- ☐ Defendant re-arraigned as to Counts Enter counts to which pleading guilty
- ☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
- ☒ Court accepts plea of guilty.
- ☐ Guilty plea form executed and filed.
- ☒ Government summarizes evidence to support plea and rests.
- ☒ Court finds defendant and defendant corportions guilty as charged in Counts (See Below)
       OR
- ☐ U. S. Magistrate Judge accepts plea of guilty to Counts enter counts to which defendant pled guilty and will recommend that the U. S. District Judge find the defendant guilty of said counts.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | 1,2,3, 165 and 167 | | | |
| 2 | 1, 2, 3, 165 and 167 | | | |
| 3 | 1, 2, and 58 | | | |
| 4 | | | | |

- ☒ Court orders Presentence Report.
- ☐ Copy of Presentence Report not requested.
- ☐ Defendant to remain on bond.
- ☒ Defendant remanded to custody.

☒        Sentencing hearing scheduled for July 23, 2012 at 11:30 am before James P. Jones.

Additional Information:
Defendant identifies Belcorp of America as a corporation .


Witnesses:
1.  William Corey Duke