# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON  DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:11CR00035 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **ROBERTO RICIERI RIBEIRO, ET AL.,** | ) | By:  James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

Before the court is the Report and Recommendation of the Honorable Pamela Meade Sargent, United States Magistrate Judge, entered on September 10, 2014, recommending denial of the government's Motion to Dismiss the ancillary claims of Podder Grandsons, Inc., and Podder Logistics, Inc.  No objections having been timely filed to the Report and Recommendation, it is **ORDERED** as follows:

1.     The Report and Recommendation (ECF No. 407) is PARTIALLY ACCEPTED;

2.     The government's Motion to Dismiss (ECF No. 353) is DENIED;

3.     The Amended Petition of Podder Logistics, Inc., having been withdrawn by Notice filed on June 13, 2014 (ECF No. 386), said Amended Petition (ECF No. 322) is DISMISSED; and

1

4.  The remaining Amended Petition of Podder Grandsons, Inc. (ECF No. 321) is referred to the Honorable Pamela Meade Sargent, United States Magistrate Judge for further proceedings and report and recommendation in accord with the Order entered May 1, 2014 (ECF No. 349) referring all such matters to her.

ENTER:   October 14, 2014

/s/  James P. Jones
United States District Judge

2