

**KneX Worldwide**
8161 Ardrey Kell Rd. #102
Charlotte, NC 28277
Tel: 1-704-841-4114
Fax: 1-704-841-4115

# STATEMENT OF OPEN INVOICES

| KneX SO No. | CUSTOMER | PO No. | DESCRIPTION | Quantity | Invoice Due | Amount Due |
|---|---|---|---|---|---|---|
| 902349 | Podder | | Film, MLT-80 - 132mm wide 216 rolls | 4134.3 lbs | 3/25/10 | $6,986.97 |
| 903492 | Podder | | Tipping, Cork - 64mm X 3300m, 2 gold lines, 600 CU | 126 rolls | 8/27/11 | $7,746.48 |
| 903511 | Podder | 6311 | Foil, Silver - 083mm wide, 57mm ID - 432 rolls | 7224 lbs | 8/27/11 | $10,908.24 |
| 903547 | Podder | 7011 | Innerframe, 95mm wide 12pt | 192 rolls | 9/9/11 | $5,721.60 |
| 903547 | Podder | 7011 | Tear Tape, Clear - 2mm X 10KM | 64 rolls | 9/9/11 | $1,562.24 |
| 903564 | Podder | 7211 | Paper, LIP | 528 rolls | 9/22/11 | $29,040.00 |
| 903611 | Podder | 8011 | Glue, Carton - ref 2459A1 - 2 drums | 900 lbs | 11/5/11 | $810.00 |
| 903611 | Podder | 8011 | Glue, Tipping - ref 2070-7 - 2 drums | 900 lbs | 11/5/11 | $900.00 |
| 903611 | Podder | 8011 | Freight for glue order | 1 | 11/5/11 | $325.00 |
| 903620 | Podder | | Foil, Silver - 083mm wide, 57mm ID 324 rolls | 5358 lbs | 10/21/11 | $8,197.74 |
| 903620 | Podder | | Film, MLT-80 -132mm wide - 54 rolls | 1049.2 | 10/21/11 | $2,098.40 |
| 903532 | Belcorp | | Parts, HLP-2 spares | 1 Set | 10/28/11 | $616.22 |
| | | | | | Total | $74,296.67 |

EXHIBIT

B

Sadler



# KNEX INVOICE

| | | | |
|---|---|---|---|
| KneX Worldwide, Inc. | **To** | Mohammed Babul | **Ship To** | Mohammed Babul |
| 8161 Ardrey Kell Road | | Podder & Grandsons Inc. | | Podder & Grandsons Inc. |
| Charlotte, NC 28277 | | 715 N.E. 152nd Street | | 1759 N.W. 79th Avenue |
| Phone: 1-704-841-4114 | | Miami, Florida 33162 | | Doral, Florida 33126 |
| Fax: 1-704841-4115 | | (954) 520-5116 | | (954) 520-5116 |

| Shipping Method | Shipping Terms | Ship Date | Payment Terms | Due Date |
|---|---|---|---|---|
| Truck, LTL | Delivered | 2/23/2010 | *Invoice - Net 30 | 3/25/2010 |
| | | | | |

| Knex ProductID and Description | Qty | Unit Price | Line Total |
|---|---|---|---|
| # 259786 Film Regular, 132mm, MLT-80, OD: 13in ID: 3in | 4134.3 lbs | $1.69 | $6,986.97 |
| Four pallets @ 54 rolls/pallet for total of 216 rolls | | | |
| | | **Total** | $6,986.97 |

**Billing Info:**

1. By **Check** to the above address **OR**
2. By _Wire Transfer_ to:
   _First Citizens Bank_
   _7837 Pineville-Matthews Road_
   _Charlotte, NC 28226_
   _Tel: 704-338-4108_
   _ABA#: 053100300_
   _A/C#: 000131652439_
   _Beneficiary: KneX Worldwide_

Please contact KneX if there are any discrepancies or issues with any of the information contained herein.

THE INFORMATION CONTAIN IN THIS STATEMENT IS _**PRIVATE AND CONFIDENTIAL**_. PLEASE DESTROY THIS DOCUMENT IMMEDIATELY IF YOU ARE NOT AN AUTHOIRIZED REPRESENTATIVE OF THE CUSTOMER NAMED ABOVE.

Thank you for your business



# KNEX INVOICE

| | | | |
|---|---|---|---|
| KneX Worldwide | To | Mohammed Babul | Ship To |
| 8161 Ardrey Kell Rd | | Podder & Grandsons Inc. | |
| #102 | | 715 N.E. 152nd Street | |
| Charlotte, NC 28277 | | Miami, Florida 33162 | |
| Phone: 1-704-841-4114 | | (954) 520-5116 | |
| Fax: 1-704-841-4115 | | | |

**Ship To**
Mohammed Babul
Podder & Grandsons Inc.
8150 N.W. 64th Street
Miami, Flordia 33166
* United States
(954) 520-5116

| Shipping Method | Shipping Terms | Ship Date | Payment Terms | Due Date |
|---|---|---|---|---|
| Truck, LTL | ex-works | 8/12/2011 | *Invoice - Net 15 | 8/27/2011 |

| Knex ProductID and Description | Qty | Unit Price | Line Total |
|---|---|---|---|
| # 260410 Tipping Cork , 64mm x 3300m, cork with 2 gold lines, 600cu | 126 bbn | $61.48 | US$ 7,746.48 |
| | | **Total** | US$ 7,746.48 |

## Billing Info:

1. By **Check** to the above address **OR**
2. By _Wire Transfer_ to:
   First Citizens Bank
   7837 Pineville-Matthews Road
   Charlotte, NC 28226
   Tel: 704-338-4108
   ABA#: 053100300
   A/C#: 000131652439
   Beneficiary: KneX Worldwide

*Freight will be invoiced separately*

Please contact KneX if there are any discrepancies or issues with any of the information contained herein.

THE INFORMATION CONTAIN IN THIS STATEMENT IS **_PRIVATE AND CONFIDENTIAL_**. PLEASE DESTROY THIS DOCUMENT IMMEDIATELY IF YOU ARE NOT AN AUTHOIRIZED REPRESENTATIVE OF THE CUSTOMER NAMED ABOVE.

Thank you for your business!



# KNEX INVOICE

| | | | | |
|---|---|---|---|---|
| KneX Worldwide | **To** | Mohammed Babul | **Ship To** | Mohammed Babul |
| 8161 Ardrey Kell Rd | | Podder & Grandsons Inc. | | Podder & Grandsons Inc. |
| #102 | | 715 N.E. 152nd Street | | 8150 N.W. 64th Street |
| Charlotte, NC 28277 | | Miami, Florida 33162 | | Miami, Florida 33166 |
| Phone: 1-704-841-4114 | | (954) 520-5116 | | (954) 520-5116 |
| Fax: 1-704-841-4115 | | | | |

| Shipping Method | Shipping Terms | Ship Date | Payment Terms | Due Date |
|---|---|---|---|---|
| Customers truck | ex-works | 8/12/2011 | *Invoice - Net 15 | 8/27/2011 |

| Knex ProductID and Description | Qty | Unit Price | Line Total |
|---|---|---|---|
| # 260153 Foil Silver 25lbs (INV) , 083mm, BSO OD: 14IN ID: 57mm | 7,224 | $1.51 | $10,908.24 |
| | | **Total** | $10,908.24 |

## Billing Info:

1. By **Check** to the above address **OR**
2. By _Wire Transfer_ to:
   First Citizens Bank
   7837 Pineville-Matthews Road
   Charlotte, NC 28226
   Tel: 704-338-4108
   ABA#: 053100300
   A/C#: 000131652439
   Beneficiary: KneX Worldwide

Please contact KneX if there are any discrepancies or issues with any of the information contained herein.

THE INFORMATION CONTAIN IN THIS STATEMENT IS _**PRIVATE AND CONFIDENTIAL**_.  PLEASE DESTROY THIS DOCUMENT IMMEDIATELY IF YOU ARE NOT AN AUTHOIRIZED REPRESENTATIVE OF THE CUSTOMER NAMED ABOVE.

Thank you for your business!



Date: 8/25/2011
Invoice # 903547
CORRECTED 8/26/11

# KNEX INVOICE

| KneX Worldwide | To | Mohammed Babul | Ship | Mohammed Babul |
| 8161 Ardrey Kell Rd | | Podder & Grandsons Inc. | To | Podder & Grandsons Inc. |
| #102 | | 715 N.E. 152nd Street | | 8150 N.W. 64th Street |
| Charlotte, NC 28277 | | Miami, Florida 33162 | | * United States |
| Phone: 1-704-841-4114 | | (954) 520-5116 | | Miami, Florida 33166 |
| Fax: 1-704-841-4115 | | | | (954) 520-5116 |

| Shipping Method | Shipping Terms | Ship Date | Payment Terms | Due Date |
|---|---|---|---|---|
| Customers truck | ex-works | 8/25/2011 | *Invoice - Net 15 | 9/9/2011 |

| Knex ProductID and Description | Qty | Unit Price | Line Total |
|---|---|---|---|
| # 259584 Inner Frame (Inv) , 95mm, White, 12PT SBS, 869m Length, 120mm core | 192 rolls | $29.80 | $5,721.60 |
| # 227739 Tear Tape (INV) , Clear, 2mm X 10km 26 Micron 29mm ID 115mm OD | 64 rolls | $24.41 | $1,562.24 |
| | | Total | $7,283.84 |

## Billing Info:

1. By **Check** to the above address **OR**
2. By *Wire Transfer* to:
   *First Citizens Bank*
   *7837 Pineville-Matthews Road*
   *Charlotte, NC 28226*
   *Tel: 704-338-4108*
   *ABA#: 053100300*
   *A/C#: 000131652439*
   *Beneficiary: KneX Worldwide*

Please contact KneX if there are any discrepancies or issues with any of the information contained herein.

THE INFORMATION CONTAIN IN THIS STATEMENT IS **_PRIVATE AND CONFIDENTIAL_**.  PLEASE DESTROY THIS DOCUMENT IMMEDIATELY IF YOU ARE NOT AN AUTHOIRIZED REPRESENTATIVE OF THE CUSTOMER NAMED ABOVE.

Thank you for your business!



# KNEX INVOICE

| KneX Worldwide | To | Mohammed Babul | Ship To | Mohammed Babul |
| --- | --- | --- | --- | --- |
| 8161 Ardrey Kell Rd | | Podder & Grandsons Inc. | | Podder & Grandsons Inc. |
| #102 | | 715 N.E. 152nd Street | | 8150 N.W. 64th Street |
| Charlotte, NC 28277 | | Miami, Florida 33162 | | Miami, Florida 33166 |
| Phone: 1-704-841-4114 | | (954) 520-5116 | | (954) 520-5116 |
| Fax: 1-704-841-4115 | | | | |

| Shipping Method | Shipping Terms | Ship Date | Payment Terms | Due Date |
| --- | --- | --- | --- | --- |
| Customers truck | ex-works | 9/7/2011 | *Invoice - Net 15 | 9/22/2011 |

| Knex ProductID and Description | Qty | Unit Price | Line Total |
| --- | --- | --- | --- |
| # 259311 Rod Paper (INV) , 27mm X 6000m LIP 75 MV | 528 bbn | $55.00 | $29,040.00 |
| | | **Total** | $29,040.00 |

## Billing Info:

1. By **Check** to the above address **OR**
2. By _Wire Transfer_ to:
   _First Citizens Bank_
   _7837 Pineville-Matthews Road_
   _Charlotte, NC 28226_
   _Tel: 704-338-4108_
   _ABA#: 053100300_
   _A/C#: 000131652439_
   _Beneficiary: KneX Worldwide_

Please contact KneX if there are any discrepancies or issues with any of the information contained herein.

THE INFORMATION CONTAIN IN THIS STATEMENT IS _**PRIVATE AND CONFIDENTIAL**_. PLEASE DESTROY THIS DOCUMENT IMMEDIATELY IF YOU ARE NOT AN AUTHOIRIZED REPRESENTATIVE OF THE CUSTOMER NAMED ABOVE.

Thank you for your business!



# KNEX INVOICE

| KneX Worldwide<br>8161 Ardrey Kell Rd<br>#102<br>Charlotte, NC 28277<br>Phone: 1-704-841-4114<br>Fax: 1-704-841-4115 | To | Mohammed Babul<br>Podder & Grandsons Inc.<br>715 N.E. 152nd Street<br>Miami, Florida 33162<br>(954) 520-5116 | Ship<br>To | Mohammed Babul<br>Podder & Grandsons Inc.<br>8150 N.W. 64th Street<br>Miami, Florida 33166<br>(954) 520-5116 |

| Shipping Method | Shipping Terms | Ship Date | Payment Terms | Due Date |
| --- | --- | --- | --- | --- |
| Truck, LTL | CFR | 10/7/2011 | *Invoice - Net 15 | 11/5/2011 |

| Knex ProductID and Description | Qty | Unit Price | Line Total |
| --- | --- | --- | --- |
| # 227742 Glue , Tipping 2070-7 | 900 lb | $0.90 | $810.00 |
| # 259293 Glue Packing , Hard box & Carton & Closure 2459A1 | 900 lb | $1.00 | $900.00 |
| Freight | 1 | $325.00 | $325.00 |
| | | *Total* | $2,035.00 |

## Billing Info:

1. By **_Check_** _to the above address_ **OR**
2. By _Wire Transfer_ _to:_
   _First Citizens Bank_
   _7837 Pineville-Matthews Road_
   _Charlotte, NC 28226_
   _Tel: 704-338-4108_
   _ABA#: 053100300_
   _A/C#: 000131652439_
   _Beneficiary: KneX Worldwide_

Please contact KneX if there are any discrepancies or issues with any of the information contained herein.

THE INFORMATION CONTAIN IN THIS STATEMENT IS **_PRIVATE AND CONFIDENTIAL_**.  PLEASE DESTROY THIS DOCUMENT IMMEDIATELY IF YOU ARE NOT AN AUTHOIRIZED REPRESENTATIVE OF THE CUSTOMER NAMED ABOVE.

Thank you for your business!

Create PDF files without this message by purchasing novaPDF printer (http://www.novapdf.com)



# KNEX INVOICE

| KneX Worldwide | To | Mohammed Babul | Ship | Mohammed Babul |
|---|---|---|---|---|
| 8161 Ardrey Kell Rd | | Podder & Grandsons Inc. | To | Podder & Grandsons Inc. |
| #102 | | 715 N.E. 152nd Street | | 8150 N.W. 64th Street |
| Charlotte, NC 28277 | | Miami, Florida 33162 | | Miami, Florida 33166 |
| Phone: 1-704-841-4114 | | (954) 520-5116 | | (954) 520-5116 |
| Fax: 1-704-841-4115 | | | | |

| Shipping Method | Shipping Terms | Ship Date | Payment Terms | Due Date |
|---|---|---|---|---|
| Customers truck | ex-works | 10/6/2011 | *Invoice - Net 15 | 10/21/2011 |

| Knex ProductID and Description | Qty | Unit Price | Line Total |
|---|---|---|---|
| # 260153 Foil Silver 25lbs (INV) , 083mm, BSO OD: 14IN ID: 57mm | 5,358 lbs | $1.53 | $8,197.74 |
| # 259786 Film Regular (INV) , 132mm, MLT-80, OD: 13in ID: 3in | 1049.2 lbs | $2.00 | $2,098.40 |
| | | *Total* | $10,296.14 |

## Billing Info:

1. By **Check** to the above address **OR**
2. By Wire Transfer to:
   First Citizens Bank
   7837 Pineville-Matthews Road
   Charlotte, NC 28226
   Tel: 704-338-4108
   ABA#: 053100300
   A/C#: 000131652439
   Beneficiary: KneX Worldwide

Please contact KneX if there are any discrepancies or issues with any of the information contained herein.

THE INFORMATION CONTAIN IN THIS STATEMENT IS *PRIVATE AND CONFIDENTIAL*. PLEASE DESTROY THIS DOCUMENT IMMEDIATELY IF YOU ARE NOT AN AUTHOIRIZED REPRESENTATIVE OF THE CUSTOMER NAMED ABOVE.

Thank you for your business!



# KNEX INVOICE

| KneX Worldwide | **To** | Mohammed Babul | **Ship To** | Mohammed Babul |
|---|---|---|---|---|
| 8161 Ardrey Kell Rd | | Belcorp America Tobacco | | Belcorp America Tobacco |
| #102 | | 1759 N.W. 79th Avenue | | 8150 N.W. 64th Street |
| Charlotte, NC 28277 | | Doral, Florida 33126 | | Miami, Florida 33166 |
| Phone: 1-704-841-4114 | | (305) 597-0177 | | (305) 597-0177 |
| Fax: 1-704-841-4115 | | | | |

| Shipping Method | Shipping Terms | Ship Date | Payment Terms | Due Date |
|---|---|---|---|---|
| Courier Service | CFR | 9/15/2011 | *Invoice - Net 30 | 10/28/2011 |

| Knex ProductID and Description | Qty | Unit Price | Line Total |
|---|---|---|---|
| Parts , Folder Holder: YB515-3-2 | 2 | $32.89 | $65.78 |
| Parts , Spring: YB515-3-67 | 4 | $2.88 | $11.52 |
| Parts , Screw: M 4x5-GB77-76 | 4 | $0.69 | $2.76 |
| Parts , PIN: YB515-3-68 | 4 | $2.59 | $10.36 |
| Parts , Folder: YB515-3-5 | 4 | $52.56 | $210.24 |
| Parts , Support: YB515-3-4 | 4 | $26.29 | $105.16 |
| Parts , Nut: M4GB52-76 | 4 | $0.29 | $1.16 |
| Parts , Screw: M4X25GB70-76 | 4 | $0.29 | $1.16 |
| Packing, documentation and FOB Charges | 1 | $58.50 | $58.50 |
| Freight, air standard | 1 | $149.58 | $149.58 |
| | | ***Total*** | $616.22 |

## Billing Info:

1. By **Check** to the above address **OR**
2. By _Wire Transfer_ to:
   First Citizens Bank
   7837 Pineville-Matthews Road
   Charlotte, NC 28226
   Tel: 704-338-4108
   ABA#: 053100300
   A/C#: 000131652439
   Beneficiary: KneX Worldwide

Please contact KneX if there are any discrepancies or issues with any of the information contained herein.

THE INFORMATION CONTAIN IN THIS STATEMENT IS _PRIVATE AND CONFIDENTIAL_. PLEASE DESTROY THIS DOCUMENT IMMEDIATELY IF YOU ARE NOT AN AUTHOIRIZED REPRESENTATIVE OF THE CUSTOMER NAMED ABOVE.

Thank you for your business!